AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Estate of Ta'Kiya Young <br> Ta'Kiya Young's Unborn Child <br><br> *Plaintiff(s)* <br> v. <br> Blendon Township, Ohio <br> Chief John C. Belford <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-1093 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CHIEF JOHN C. BELFORD
c/o Blendon Township Police Department
6340 South Hempstead Road
Westerville, Ohio 43081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert L. Gresham
Wright & Schulte
130 W. Second St., Ste. 1600
Dayton, Ohio 45458

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-1093

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chief John C. Belford
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

/s/ Robert L. Gresham
*Server's signature*

Robert L. Gresham
*Printed name and title*

Wright & Schulte
130 W. Second St., Ste. 1600
Dayton, Ohio 45458
*Server's address*

Additional information regarding attempted service, etc: