IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ESTATE OF TA'KIYA YOUNG, et al.,**

        **Plaintiffs,**

        v.                                    Civil Action 2:25-cv-1093
                                                          Judge Graham
                                                          Magistrate Judge Deavers

**BLENDON TOWNSHIP, OHIO, et al.,**

        **Defendant.**

### RULE 26(f) REPORT

      Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on 11/4/2025 and was attended by:

**Robert Gresham**, counsel for plaintiffs; and
**Thomas Spyker**, counsel for defendants.

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1.    CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

\_\_\_\_\_Yes       **X No**

2.    INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

**X Yes**          \_\_\_\_\_No     \_\_\_\_\_The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by **December 15, 2025**.

3. <u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

\_\_\_\_\_Yes     **X** **No**

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by N/A

4. <u>PARTIES AND PLEADINGS</u>

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by **January 15, 2026.**

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by_____.

5. <u>MOTIONS</u>

   a. Are there any pending motion(s)?

      \_\_\_\_\_Yes     **X No**

      If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

      \_\_\_\_\_Yes     **X** No

      If yes, identify the proposed expedited schedule:

      Opposition to be filed by_____; Reply brief to be filed by_____.

6. <u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

**Plaintiff asserts this case concerns the August 24, 2023 police-involved shooting and death of Ta'Kiya Young and her unborn child. Plaintiff Nadine Young is the grandmother of Ta'Kiya Young and the administrator of her estate as well as her unborn child. Through the Complaint in this case, Plaintiff asserts a claim under <u>42 U.S.C. § 1983</u> against the Township and its Chief of Police, John C. Belford. Complaint (<u>ECF No. 1</u>). That claim alleges that Ta'Kiya Young and**

**her unborn child's constitutional rights were violated on August 24, 2023 and that those purported violations were the results of official policies or customs of the Township and/or its Police Department. The claims also alleges that the Township and its officials were deliberately indifferent to violations of individuals' constitutional rights.**

**Defendants deny any *Monell* liability and additionally assert that any claims against Chief Belford in his individual capacity are untimely.**

7. DISCOVERY PROCEDURES

    a. The parties agree that all discovery shall be completed by **September 1, 2026**. The to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call-in number.

    b. Do the parties anticipate the production of ESI? **X Yes** No

       If yes, describe the protocol for such production: **ESI is anticipated related to body camera footage. This material has already been produced in native format**.

    c. Do the parties intend to seek a protective order or clawback agreement? **Yes.**

       If yes, such order or agreement shall be produced to the Court by **December 15, 2025.**

8. DISPOSITIVE MOTIONS

    a. Any dispositive motions shall be filed by **November 1, 2026**.

    b. Are the parties requesting expedited briefing on dispositive motions?

       \_\_\_\_Yes    **X No**

       If yes, identify the proposed expedited schedule:

       Opposition to be filed by_____; Reply brief to be filed by_____.

9. EXPERT TESTIMONY

    a. Primary expert reports must be produced by **June 1, 2026.**

    b. Rebuttal expert reports must be produced by **July 31, 2026.**

3

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by **July 1, 2026.** Defendant will respond by **July 15, 2026.** The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year. The parties request the following month and year:

**August 2026**

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

**X Yes**, the parties would like a conference with the Court prior to it issuing a scheduling order. The parties request that the conference take place _____ in chambers_____by telephone. **N/A – Already Scehduled.**

\_\_\_\_\_ No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration:

Signatures:

Attorney for Plaintiff(s):                               Attorney for Defendant(s):


*/s/ Robert L. Gresham (per mail auth.)*        */s/ Thomas N. Spyker*
Michael L. Wright (0067698)                     Thomas N. Spyker (0098075)
Robert L. Gresham (0082151)                     Patrick Kasson (0055570)
Kesha Q. Brooks (0095424)                       Reminger Co., LPA
130 W. Second Street, Suite 1600                200 Civic Center Drive, Suite 800
Dayton, Ohio 45402                              Columbus, Ohio 43215
937-222-7477                                    614-228-1311
Fax: 937-222-7911                               Fax: 614-232-2410
mwright@yourohiolegalhelp.com                   tspyker@reminger.com
rgresham@yourohiolegalhelp.com                  pkasson@reminger.com
kbrooks@yourohiolegalhelp.com

Sean L. Walton (0088401)

4

Chanda L. Brown (0081076)
Walton + Brown, LLC
395 East Broad Street, Suite 200
Columbus, Ohio 43215
T: 614-636-3476 Ext. 102 | F: 614-636-3453
swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com


Anthony D. Pierson (0075954)
Pierson and Pierson
4449 Easton Way, 2nd Floor
Columbus, Ohio 43219
614-934-1363
anthony@piersonpierson.com