## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Estate of Ta'Kiya Young and | : | |
| Ta'Kiya Young's Unborn Child | : | |
| by and through its Administrator, | : | CASE NO.: 2:25-cv-01093 |
| Nadine Young | : | |
| | : | Judge James L. Graham |
| Plaintiff, | : | |
| | : | Magistrate Judge Elizabeth P. Deavers |
| vs. | : | |
| | : | |
| Blendon Township, | : | |
| | | |
| Defendant. | | |

### DEFENDANTS' UNCONTESTED MOTION FOR LEAVE TO MANUALLY FILE UNREDACTED VIDEO EXHIBITS

Now comes Defendant, by and through counsel, and moves this Court for leave to manually file a USB flash drive containing four video files, depicting the underlying incident referenced in Plaintiff's Complaint.  Defendants intend to attach these files as exhibits to their forthcoming Answer.  Under this Court's local rules, leave is necessary in order to manually file these digital exhibits with the clerk. This procedural motion is not contested.

Respectfully submitted,

*/s/ Thomas N. Spyker*

Thoams N. Spyker (0098075)
Patrick Kasson (0055570)
**REMINGER CO., LPA**
200 Civic Center Drive, Suite 800
Columbus, Ohio  43215
Tel: 614-228-1311 | Fax: 614-232-2410
pkasson@reminger.com

1

tspyker@reminger.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed and served upon all counsel of record by operation of this Court's CM/ECF system this 24th day of November 2025.

Respectfully submitted,

*/s/ Thomas N. Spyker*
Patrick Kasson (0055570)
Thomas N. Spyker (0098075)