**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Estate of Ta'Kiya Young and<br>Ta'Kiya Young's Unborn Child<br>by and through its Administrator,<br>Nadine Young | : | CASE NO.: 2:25-cv-01093 |
| Plaintiff, | : | Judge James L. Graham |
| | : | Magistrate Judge S. Courter Shimeall |
| vs. | : | |
| Blendon Township, et al., | : | |
| Defendants. | | |

**JOINT MOTION TO VACATE MEDIATION**

Now come the parties, jointly, by and through counsel, and respectfully request that the Court vacate its mediation referral. The parties have conferred regarding mediation and have agreed to engage in a private mediation. The Parties have the utmost respect for this Court's ADR program, but a private mediation is better suited to the needs of this case, specifically as there is a separate related state court matter pending, involving several non-parties to this action, and the parties intend to conduct a global effort. The parties are actively coordinating logistics and anticipate private mediation will occur sometime in early to mid-November. Accordingly, the parties respectfully request that the Court's referral to mediation be vacated.

[*signatures on following page*]

Respectfully submitted,

*<u>/s/ Thomas N. Spyker</u>*
Thomas N. Spyker (0098075)
Chloe E. Schelhaas (0105919)
**REMINGER CO., LPA**
955 Yard Street, Suite 330
Columbus, Ohio 43212
Tel: 614-228-1311 | Fax: 614-232-2410
tspyker@reminger.com
cschelhaas@reminger.com

*<u>/s/Robert L. Gresham (per authority)</u>*
Michael L. Wright (0067698)
Robert L. Gresham (0082151)
Kesha Q. Brooks (0095424)
130 W. Second St., Suite 1600
Dayton, Ohio 45402
Tel: 937-222-7477 | Fax: 937-222-7911
mwright@yourohiolegalhelp.com
rgresham@yourohiolegalhelp.com
kbrooks@yourohiolegalhelp.com

Sean L. Walton (0088401)
Chanda L. Brown (0081076)
Walton + Brown, LLC
395 East Broad Street, Suite 200
Columbus, Ohio 43215
T: 614-636-3476 | F: 614-636-3453
swalton@waltonbrownlaw.com
cbrown@waltonbrownlaw.com

Anthony D. Pierson (0075954)
Pierson and Pierson
4449 Easton Way, 2nd Floor
Columbus, Ohio 43219
614-934-1363
anthony@piersonpierson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed and served upon all counsel of record by operation of this Court's CM/ECF system this 6th day of October 2026.

Respectfully submitted,

*/s/ Thomas N. Spyker*
Thomas N. Spyker (0098075)